# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. KRASKA, | : | 14-cv-2120 |
| | : | |
| | : | Hon. John E. Jones III |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE F. CLARK, JR., | : | |
| ET AL. | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

**August 14, 2015**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.  The Motions to Dismiss the Amended Complaint, (Docs. 20, 21, 37), are **GRANTED**.

    a.  Defendant Judge Lawrence F. Clark, Jr.'s Motion to Dismiss Plaintiff's Amended Complaint, (Doc. 21), is **GRANTED** to the extent Judge Clark is protected from this suit by judicial immunity. The claims against him are **DISMISSED** with prejudice.

      b.      The Clerk of Court is **DIRECTED** to terminate Defendant Clark as a party to this action.

      c.      The claims against all other Defendants are **DISMISSED** without prejudice.

2.    The Plaintiff is **GRANTED** leave to amend his pleading within twenty (20) days of the date of this Order to the extent there are facts which, if true, support the Plaintiff's claims against the Sheriff Defendants, the Sheriff's Office, and Dauphin County. If the Plaintiff does not file an amended pleading in that time, the above dismissal of those claims will be deemed prejudicial.

                                                                   s/ John E. Jones III
                                                                   John E. Jones III
                                                                   United States District Judge